**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**(Sacramento)**

| | |
|---|---|
| KENNETH JAMACA, et al,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al,<br><br>Defendants. | Case No.: 2:26-CV-03548-DJC-AC<br><br>**ORDER ON STIPULATED MOTION FOR SECOND EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

The joint motion for an extension of time for Defendant Equifax Information Services, LLC to respond to the complaint is **GRANTED**. Equifax Information Services, LLC shall respond to the complaint on or before **December 7, 2026.**

It is SO ORDERED.

Dated: November 9, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500